MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKLIN DANIEL,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>              Defendant. | No. 2:24-cv-02583-JDP<br><br>STIPULATION FOR SECOND EXTENSION TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's motion for summary judgment be extended from February 24, 2025 to March 26, 2025. This is Defendant's first request for an extension of time to respond to Plaintiff's brief. Defendant respectfully requests this additional time because counsel is ill and has taken unanticipated leave that would impact his ability to respond by February 24.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before March 26, 2025;
- Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before April 9, 2025).

Respectfully submitted,

DATE: February 20, 2025

*/s/ Francesco Paulo Benavides*  *
FRANCESCO PAULO BENAVIDES
Attorney for Plaintiff
(* approved via email on 2/20/25)

MICHELE BECKWITH
Acting United States Attorney

DATE: February 20, 2025    By   *s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

IT IS SO ORDERED.

Dated:   February 21, 2025                          _____
                                                    JEREMY D. PETERSON
                                                    UNITED STATES MAGISTRATE JUDGE